# United States Court of Appeals for the Fifth Circuit

———————————

No. 25-50276
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Anthony Cardiel,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CR-45-4

———————————————————

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Michael Anthony Cardiel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cardiel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50276

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. To the extent Cardiel seeks leave to proceed pro se on appeal, provision of transcripts, or an extension of time to file a pro se response, his request is DENIED.